UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ALLIED WORKERS' LOCAL 53; INSULATORS LOCAL NO. 53 PENSION PLAN; INSULATORS LOCAL NO. 53 WELFARE FUND; INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ALLIED WORKERS' LOCAL 53 APPRENTICESHIP AND TRAINING FUND; INSULATORS LOCAL NO. 53 VACATION FUND; BRYAN DUDENHEFER; DENNIS MELOCHE; AND, KEVIN M. SMITH** | * * * * * * * | **CIVIL ACTION NUMBER:  15-cv-02638** **SECTION "B"** **JUDGE IVAN L.R. LEMELLE** **MAG. JOSEPH C. WILKINSON, JR.** |
| **VERSUS** | * | |
| **QUALITY THERMAL INSULATION, INC. AND FRED TAYLOR** | * | |

_____

## MOTION FOR GARNISHMENT AND WRIT OF FIERI FACIAS
_____

Plaintiffs, International Association of Heat and Frost Insulators and Allied Workers' Local 53; Insulators Local No. 53 Pension Plan; Insulators Local No. 53 Welfare Fund; International Association of Heat and Frost Insulators and Allied Workers' Local 53 Apprenticeship and Training Fund; Insulators Local No. 53 Vacation Fund; Bryan Dudenhefer; Dennis Meloche; and Kevin M. Smith, move this Honorable Court to issue garnishment interrogatories in this matter and to issue a writ of *fieri facias* and seizure for the following reasons.

1. On January 15, 2016, the United States District Court for Eastern District of Louisiana entered judgment against Quality Thermal Insulation, Inc. in the amount of $83,149.71.

2. Plaintiffs are entitled to seek immediate payment of $83,149.71, in addition to attorneys' fees incurred in this action subsequent to January 15, 2016, from Quality Thermal Insulation, Inc.

3. Plaintiffs have reason to believe that *Gallo Mechanical, LLC* has property in its possession belonging to the Judgment Debtor.

4. Plaintiffs desire *Gallo Mechanical, LLC* be cited as a garnishee and be made to answer the interrogatories annexed as <u>Exhibit 1</u>, under oath, and after all due and legal proceedings, be condemned to pay the amount of said writ directing the United States Marshal to seize assets of defendant Quality Thermal Insulation, Inc. to satisfy judgment in this matter.

WHEREFORE, Plaintiffs pray that *Gallo Mechanical, LLC* be served with this motion, garnishment interrogatories and notice of seizure and cited as a garnishee to answer the annexed garnishment interrogatory under oath, after due proceedings that the garnishment be perpetuated and that *Gallo Mechanical, LLC* as a garnishee be ordered to pay the plaintiffs such sums belonging to Judgment Creditors, as are not exempt for seizure under law, together with the costs and reasonable attorney fees of this garnishment.

Respectfully submitted,

**ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC**

*s/ Christina L. Carroll*
Christina L. Carroll (LA Bar No. 29789)
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: ccarroll@ruspclaw.com
*ATTORNEYS FOR PLAINTIFFS*