UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ALLIED WORKERS LOCAL 53, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2638** |
| **QUALITY THERMAL INSULATION, INC., ET AL.** | **SECTION "B"(2)** |

### ORDER

Considering Plaintiffs' "Motion for Garnishment and Writ of *Fieri Facias*" (Rec. Doc. 28),

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that *Gallo Mechanical, LLC*, garnishee herein, be served the Notice of Seizure and be ordered to answer the Interrogatories attached to the Motion for Garnishment (Rec. Doc. 28-4), categorically and under oath within the delays permitted by law.

New Orleans, Louisiana, this 5th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE